Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC., | ) Case No: 3:12-cv-6196 ~~LB~~ MMC |
| Plaintiff(s), | ) |
| v. | ) **APPLICATION FOR** |
| | ) **ADMISSION OF ATTORNEY** |
| BUILD.COM, INC., | ) **PRO HAC VICE** |
| | ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) |

I, __G. Mark Edgarton__, an active member in good standing of the bar of __Commonwealth of Massachusetts__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Build.com, Inc.__ in the above-entitled action. My local co-counsel in this case is __Arthur S. Beeman__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Choate, Hall & Stewart LLP | SNR Denton US LLP |
| Two International Place | 1530 Page Mill Road, Suite 200 |
| Boston, MA 02110 | Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 248-5000 | (650) 798-0300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| medgarton@choate.com | arthur.beeman@snrdenton.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __657593__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 15, 2013

/s/ G. Mark Edgarton
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __G. Mark Edgarton__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 26, 2013

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                        *October 2012*