Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC., <br><br> Plaintiff(s), <br><br> v. <br><br> BUILD.COM, INC., <br><br> Defendant(s). | Case No: 3:12-cv-6196 ~~LB~~ MMC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, **Anita M.C. Spieth**, an active member in good standing of the bar of **Commonwealth of Massachusetts**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Build.com, Inc.** in the above-entitled action. My local co-counsel in this case is **Arthur S. Beeman**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Choate, Hall & Stewart LLP <br> Two International Place <br> Boston, MA 02110 | SNR Denton US LLP <br> 1530 Page Mill Road, Suite 200 <br> Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: <br> (617) 248-5000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (650) 798-0300 |
| MY EMAIL ADDRESS OF RECORD: <br> a▢iet▢@choate.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> arthur.beeman@snrdenton.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **676302**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 19, 2013

/s/ Anita M. C. Spieth
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Anita M. C. Spieth** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 26, 2013

*[signature]*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                              *October 2012*