**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   PRAGMATUS TELECOM, LLC,                No. C-12-6196 MMC
12              Plaintiff,                  **ORDER DIRECTING PLAINTIFF TO**
                                            **SUBMIT CHAMBERS COPY OF**
13     v.                                   **EXHIBITS TO COMPLAINT**
14   BUILD.COM,
15              Defendant.
                                        /
16
17        On February 19, 2013, the above-titled action was reassigned to the undersigned.
18        To facilitate the Court's review of the instant matter, the Court hereby DIRECTS
19   plaintiff to submit forthwith a chambers copy of "Exhibits A - C to Complaint for Patent
20   Infringement," filed December 11, 2012.
21        **IT IS SO ORDERED.**
22
23   Dated:  February 27, 2013
24                                          MAXINE M. CHESNEY
                                            United States District Judge
25
26
27
28