| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125) | Arthur Beeman (SBN 237996) |
| eday@feinday.com | arthur.beeman@snrdenton.com |
| IAN N. FEINBERG (SBN 88324) | Rachel Repka (SBN 248331) |
| ifeinberg@feinday.com | rachel.repka@snrdenton.com |
| DAVID ALBERTI (SBN 220625) | **SNR DENTON US LLP** |
| dalberti@feinday.com | 1530 Page Mill Road, Suite 200 |
| SAL LIM (SBN 211836) | Palo Alto, CA 94304-1125 |
| slim@feinday.com | Telephone: (650) 798-0300 |
| YAKOV ZOLOTOREV (SBN 224260) | Facsimile: (650) 798-0310 |
| yzolotorev@feinday.com | |
| MARC BELLOLI (SBN 244290) | Carlos Perez-Albuerne (*Pro Hac* Vice) |
| mbelloli@feinday.com | cperez@choate.com |
| **FEINBERG DAY ALBERTI &** | G. Mark Edgarton (*Pro Hac Vice*) |
| **THOMPSON LLP** | medgarton@choate.com |
| 401 Florence Street, Suite 200 | Anita M.C. Spieth (*Pro Hac Vice*) |
| Palo Alto, CA 94301 | aspieth@choate.com |
| Telephone: 650.618.4360 | **CHOATE, HALL & STEWARD LLP** |
| Facsimile: 650.618.4368 | Two International Place |
| | Boston, MA 02110 |
| Attorneys for Plaintiff | Telephone: (617) 248-5000 |
| PRAGMATUS TELECOM, LLC | Facsimile: (617) 248-4000 |
| | |
| | Attorneys for Defendant |
| | BUILD.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | CASE NO. 3:12-CV-06196-MMC |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE LITIGATION DATES** |
| v. | |
| BUILD.COM, | **Hon. Maxine M. Chesney** |
| Defendant. | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Pragmatus Telecom, LLC ("Pragmatus") and Defendant Build.com ("Build"), hereby stipulate through their respective counsel of record as follows:

WHEREAS the Case Management Conference in this case is set for April 5, 2013;

///

-1-

1   WHEREAS the parties are ordered to file a joint case management statement not less than
2   seven days before the Case Management Conference (*i.e.* no later than March 29, 2013);
3   WHEREAS, the parties are engaged in discussions in an effort to resolve this matter and
4   believe that an extension of certain dates may aid the parties in their efforts to resolve this
5   litigation; and
6   WHEREAS this extension will not affect the date already set for the Case Management
7   Conference, and no trial date has yet been set;
8   NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and
9   request the Court to order, the continuance of Rule 26(f) conference and filing of ADR
10  Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference, as
11  set forth in the proposed order attached hereto.
12  **IT IS SO STIPULATED.**

14  Dated: March 15, 2013

16  FEINBERG DAY ALBERTI & THOMPSON LLP       SNR DENTON US LLP

18  By: ___/s/ Marc Belloli___                By: ___/s/ Rachel Repka___
        M. Elizabeth Day                          Arthur Beeman
19      Ian N. Feinberg                           Rachel Repka
        David Alberti                             Carlos Perez-Albuerne
20      Sal Lim                                   G. Mark Edgarton
        Yakov Zolotorev                           Anita M.C. Spieth
21      Marc Belloli

22      Attorneys for Plaintiff                   Attorneys for Defendant
        PRAGMATUS TELECOM, LLC                    BUILD.COM
23

-2-

STIPULATED REQUEST TO RESCHEDULE                          CASE NO. 3:12-CV-06196-MMC
LITIGATION DATES

**CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages.

Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Executed this 15th day of March, 2013 at Palo Alto, California.

SNR DENTON US LLP

By: ___/s/ Rachel Repka___
Rachel Repka

*Attorneys for Defendant Build.com*

-3-

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the compliance dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued to the dates set forth below:

| | |
|---|---|
| 3/27/13 | Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| 3/29/13 | File ADR Certification signed by Parties and Counsel; and File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |

**IT IS SO ORDERED**.

March __18____, 2013

_____
Honorable Maxine M. Chesney
United States District Court Judge

-4-

STIPULATED REQUEST TO RESCHEDULE LITIGATION DATES             CASE NO. 3:12-CV-06196-MMC