| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125) <br> eday@feinday.com <br> IAN N. FEINBERG (SBN 88324) <br> ifeinberg@feinday.com <br> DAVID ALBERTI (SBN 220625) <br> dalberti@feinday.com <br> SAL LIM (SBN 211836) <br> slim@feinday.com <br> YAKOV ZOLOTOREV (SBN 224260) <br> yzolotorev@feinday.com <br> MARC BELLOLI (SBN 244290) <br> mbelloli@feinday.com <br> **FEINBERG DAY ALBERTI & THOMPSON LLP** <br> 401 Florence Street, Suite 200 <br> Palo Alto, CA 94301 <br> Telephone: 650.618.4360 <br> Facsimile: 650.618.4368 <br><br> Attorneys for Plaintiff <br> PRAGMATUS TELECOM, LLC | Arthur Beeman (SBN 237996) <br> arthur.beeman@snrdenton.com <br> Rachel Repka (SBN 248331) <br> rachel.repka@snrdenton.com <br> **SNR DENTON US LLP** <br> 1530 Page Mill Road, Suite 200 <br> Palo Alto, CA 94304-1125 <br> Telephone: (650) 798-0300 <br> Facsimile: (650) 798-0310 <br><br> Carlos Perez-Albuerne (*Pro Hac* Vice) <br> cperez@choate.com <br> G. Mark Edgarton (*Pro Hac Vice*) <br> medgarton@choate.com <br> Anita M.C. Spieth (*Pro Hac Vice*) <br> aspieth@choate.com <br> **CHOATE, HALL & STEWARD LLP** <br> Two International Place <br> Boston, MA 02110 <br> Telephone: (617) 248-5000 <br> Facsimile: (617) 248-4000 <br><br> Attorneys for Defendant <br> BUILD.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BUILD.COM, <br><br> Defendant. | CASE NO. 3:12-CV-06196-MMC <br> **ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE LITIGATION DATES** <br><br> **Hon. Maxine M. Chesney** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Pragmatus Telecom, LLC ("Pragmatus") and Defendant Build.com ("Build"), hereby stipulate through their respective counsel of record as follows:

WHEREAS the Case Management Conference in this case is set for April 5, 2013;

///

-1-

1  WHEREAS the parties are ordered to file a joint case management statement not less than seven days before the Case Management Conference (*i.e.* no later than March 29, 2013);

WHEREAS, the parties are engaged in discussions in an effort to resolve this matter and believe that an extension of certain dates may aid the parties in their efforts to resolve this litigation; and

WHEREAS this extension will not affect the date already set for the Case Management Conference, and no trial date has yet been set;

NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and request the Court to order, the continuance of Rule 26(f) conference and filing of ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference, as set forth in the proposed order attached hereto.

**IT IS SO STIPULATED.**

Dated:  March 15, 2013

FEINBERG DAY ALBERTI & THOMPSON LLP          SNR DENTON US LLP

By: ___/s/ Marc Belloli___                                              By: ___/s/ Rachel Repka___
    M. Elizabeth Day                                                        Arthur Beeman
    Ian N. Feinberg                                                            Rachel Repka
    David Alberti                                                               Carlos Perez-Albuerne
    Sal Lim                                                                          G. Mark Edgarton
    Yakov Zolotorev                                                         Anita M.C. Spieth
    Marc Belloli

    Attorneys for Plaintiff                                                  Attorneys for Defendant
    PRAGMATUS TELECOM, LLC                                    BUILD.COM

-2-

STIPULATED REQUEST TO RESCHEDULE              CASE NO. 3:12-CV-06196-MMC
LITIGATION DATES

**CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages.

Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Executed this 15th day of March, 2013 at Palo Alto, California.

SNR DENTON US LLP

By: ___/s/ Rachel Repka___
Rachel Repka

*Attorneys for Defendant Build.com*

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the compliance dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued to the dates set forth below:

| | |
|---|---|
| 3/27/13 | Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| 3/29/13 | File ADR Certification signed by Parties and Counsel; and File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |

**IT IS SO ORDERED**.

March __18__, 2013

_____
Honorable Maxine M. Chesney
United States District Court Judge