M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI &
THOMPSON LLP**
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone: 650.618.4360
Facsimile:  650.618.4368

Attorneys for Plaintiff
PRAGMATUS TELECOM, LLC

Arthur Beeman (SBN 237996)
arthur.beeman@dentons.com
Rachel Repka (SBN 248331)
rachel.repka@dentons.com
**DENTONS US LLP**
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone:  (650) 798-0300
Facsimile:   (650) 798-0310

Carlos Perez-Albuerne (*Pro Hac Vice*)
cperez@choate.com
G. Mark Edgarton (*Pro Hac Vice*)
medgarton@choate.com
Anita M.C. Spieth (*Pro Hac Vice*)
aspieth@choate.com
**CHOATE, HALL & STEWARD LLP**
Two International Place
Boston,  MA 02110
Telephone:  (617) 248-5000
Facsimile:   (617) 248-4000

Attorneys for Defendant
BUILD.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRAGMATUS TELECOM, LLC,

                                     Plaintiff,

                    v.

BUILD.COM,

                                     Defendant.

CASE NO.  3:12-CV-06196-MMC

**JOINT STIPULATION TO MODIFY
SCHEDULING ORDER AND ORDER
                                            THEREON**

**Hon. Maxine M. Chesney**

        Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Pragmatus Telecom, LLC

("Pragmatus") and Defendant Build.com ("Build"), hereby stipulate through their respective

counsel of record as follows:

        WHEREAS on March 29, 2013, the parties submitted a Joint Case Management

Statement (Dkt. No. 32);

-1-

1   Whereas on April 8, 2013 and April 9, 2013, the Court issued an Amended Civil Minutes

2   (Dkt. No. 35) and a Pretrial Preparation Order (Dkt. No. 36), respectively, setting forth the

3   schedule for this case;

4   WHEREAS, the parties are currently engaged in discussions in an effort to resolve this

5   matter and believe that an extension of certain deadlines set forth in the Court's Pretrial

6   Preparation Order may aid the parties in their efforts to resolve this litigation; and

7   WHEREAS this extension will not affect the Markman hearing date, the discovery cutoff

8   dates, or the trial date;

9   NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and

10  request the Court to order, that certain deadlines, set forth in the parties Joint Case Management

11  Statement (Dkt. No. 32) and the Court's Pretrial Preparation Order (Dkt. No. 36), are modified as

12  follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Exchange of Initial Disclosures | May 17, 2013 | May 31, 2013 |
| File ESI Agreement and Proposed Protective Order | May 17, 2013 | May 31, 2013 |
| Pragmatus serves infringement contentions and makes document production accompanying disclosures (Patent L.R. 3-1 and 3-2) | May 17, 2013 | May 31, 2013 |
| Build.com serves invalidity contentions and makes document production accompanying invalidity contentions (Patent L.R. 3-3 and 3-4) | July 1, 2013 | July 15, 2013 |
| Exchange of proposed terms for construction (Patent L.R. 4-1) | July 22, 2013 | August 5, 2013 |
| Exchange of preliminary claim constructions and extrinsic evidence (Patent L.R. 4-2) | August 5, 2013 | August 19, 2013 |

-2-

1    **IT IS SO STIPULATED.**

2

3    Dated: May 14, 2013

4

5    FEINBERG DAY ALBERTI & THOMPSON LLP    DENTONS US LLP

6

7    By: ___/s/ Marc Belloli_____        By: ___/s/ Rachel Repka_____
         M. Elizabeth Day                              Arthur Beeman
8        Ian N. Feinberg                               Rachel Repka
         David Alberti                                 Carlos Perez-Albuerne
9        Sal Lim                                       G. Mark Edgarton
         Yakov Zolotorev                               Anita M.C. Spieth
10       Marc Belloli

11                                                     Attorneys for Defendant
         Attorneys for Plaintiff                       BUILD.COM
12       PRAGMATUS TELECOM, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1

## <u>CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES</u>

2

3          In accord with the Northern District of California's General Order No. 45, Section X.(B),

4    I attest that concurrence in the filing of this document has been obtained from each of other

5    signatories who are listed on the signature pages.

6          Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for

7    subsequent production for the Court if so ordered, or for inspection upon request by a party until

8    one year after final resolution of the action (including appeal, if any).

9          Executed this 14th day of May, 2013 at Palo Alto, California.

10

11                                    DENTON US LLP

12                                    By:   */s/ Rachel Repka*
                                          Rachel Repka

13

14                                    *Attorneys for Defendant*
                                      *Build.com*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1

**ORDER**

2        Pursuant to the stipulation of the parties, it is hereby ORDERED that the certain deadlines

3   set forth in the Court's Pretrial Preparation Order are modified as follows:

4

5

| Event | Current Deadline | Modified Deadline |
|-------|------------------|-------------------|
| Exchange of Initial Disclosures | May 17, 2013 | May 31, 2013 |
| File ESI Agreement and Proposed Protective Order | May 17, 2013 | May 31, 2013 |
| Pragmatus serves infringement contentions and makes document production accompanying disclosures (Patent L.R. 3-1 and 3-2) | May 17, 2013 | May 31, 2013 |
| Build.com serves invalidity contentions and makes document production accompanying invalidity contentions (Patent L.R. 3-3 and 3-4) | July 1, 2013 | July 15, 2013 |
| Exchange of proposed terms for construction (Patent L.R. 4-1) | July 22, 2013 | August 5, 2013 |
| Exchange of preliminary claim constructions and extrinsic evidence (Patent L.R. 4-2) | August 5, 2013 | August 19, 2013 |

6

7

8

9

10

11

12

13

14

15

16

17

18        **IT IS SO ORDERED**.

19

20   May __17__, 2013

21                                          Honorable Maxine M. Chesney
                                            United States District Court Judge
22

23

24   80298906\V-1

25

26

27

28

JOINT STIPULATION TO MODIFY                          CASE NO. 3:12-CV-06196-MMC
SCHEDULING ORDER