| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125) | Arthur Beeman (SBN 237996) |
| eday@feinday.com | arthur.beeman@dentons.com |
| IAN N. FEINBERG (SBN 88324) | Rachel Repka (SBN 248331) |
| ifeinberg@feinday.com | rachel.repka@dentons.com |
| DAVID ALBERTI (SBN 220625) | **DENTONS US LLP** |
| dalberti@feinday.com | 1530 Page Mill Road, Suite 200 |
| SAL LIM (SBN 211836) | Palo Alto, CA 94304-1125 |
| slim@feinday.com | Telephone: (650) 798-0300 |
| YAKOV ZOLOTOREV (SBN 224260) | Facsimile: (650) 798-0310 |
| yzolotorev@feinday.com | |
| MARC BELLOLI (SBN 244290) | Carlos Perez-Albuerne (*Pro Hac Vice*) |
| mbelloli@feinday.com | cperez@choate.com |
| **FEINBERG DAY ALBERTI &** | G. Mark Edgarton (*Pro Hac Vice*) |
| **THOMPSON LLP** | medgarton@choate.com |
| 401 Florence Street, Suite 200 | Anita M.C. Spieth (*Pro Hac Vice*) |
| Palo Alto, CA 94301 | aspieth@choate.com |
| Telephone: 650.618.4360 | **CHOATE, HALL & STEWARD LLP** |
| Facsimile: 650.618.4368 | Two International Place |
| | Boston, MA 02110 |
| Attorneys for Plaintiff | Telephone: (617) 248-5000 |
| PRAGMATUS TELECOM, LLC | Facsimile: (617) 248-4000 |
| | |
| | Attorneys for Defendant |
| | BUILD.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | CASE NO. 3:12-CV-06196-MMC |
| Plaintiff, | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER THEREON** |
| v. | Hon. Maxine M. Chesney |
| BUILD.COM, | |
| Defendant. | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Pragmatus Telecom, LLC ("Pragmatus") and Defendant Build.com ("Build"), hereby stipulate through their respective counsel of record as follows:

WHEREAS on March 29, 2013, the parties submitted a Joint Case Management Statement (Dkt. No. 32);

-1-

1   Whereas on April 8, 2013 and April 9, 2013, the Court issued an Amended Civil Minutes
2   (Dkt. No. 35) and a Pretrial Preparation Order (Dkt. No. 36), respectively, setting forth the
3   schedule for this case;
4   WHEREAS, the parties are currently engaged in discussions in an effort to resolve this
5   matter and believe that an extension of certain deadlines set forth in the Court's Pretrial
6   Preparation Order may aid the parties in their efforts to resolve this litigation; and
7   WHEREAS this extension will not affect the Markman hearing date, the discovery cutoff
8   dates, or the trial date;
9   NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and
10  request the Court to order, that certain deadlines, set forth in the parties Joint Case Management
11  Statement (Dkt. No. 32) and the Court's Pretrial Preparation Order (Dkt. No. 36), are modified as
12  follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Exchange of Initial Disclosures | May 17, 2013 | May 31, 2013 |
| File ESI Agreement and Proposed Protective Order | May 17, 2013 | May 31, 2013 |
| Pragmatus serves infringement contentions and makes document production accompanying disclosures (Patent L.R. 3-1 and 3-2) | May 17, 2013 | May 31, 2013 |
| Build.com serves invalidity contentions and makes document production accompanying invalidity contentions (Patent L.R. 3-3 and 3-4) | July 1, 2013 | July 15, 2013 |
| Exchange of proposed terms for construction (Patent L.R. 4-1) | July 22, 2013 | August 5, 2013 |
| Exchange of preliminary claim constructions and extrinsic evidence (Patent L.R. 4-2) | August 5, 2013 | August 19, 2013 |

**IT IS SO STIPULATED.**

Dated: May 14, 2013

FEINBERG DAY ALBERTI & THOMPSON LLP     DENTONS US LLP

By:  /s/ Marc Belloli
    M. Elizabeth Day
    Ian N. Feinberg
    David Alberti
    Sal Lim
    Yakov Zolotorev
    Marc Belloli

Attorneys for Plaintiff
PRAGMATUS TELECOM, LLC

By:  /s/ Rachel Repka
    Arthur Beeman
    Rachel Repka
    Carlos Perez-Albuerne
    G. Mark Edgarton
    Anita M.C. Spieth

Attorneys for Defendant
BUILD.COM

**CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages.

Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Executed this 14th day of May, 2013 at Palo Alto, California.

DENTON US LLP

By: ___/s/ Rachel Repka___
      Rachel Repka

*Attorneys for Defendant*
*Build.com*

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the certain deadlines set forth in the Court's Pretrial Preparation Order are modified as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Exchange of Initial Disclosures | May 17, 2013 | May 31, 2013 |
| File ESI Agreement and Proposed Protective Order | May 17, 2013 | May 31, 2013 |
| Pragmatus serves infringement contentions and makes document production accompanying disclosures (Patent L.R. 3-1 and 3-2) | May 17, 2013 | May 31, 2013 |
| Build.com serves invalidity contentions and makes document production accompanying invalidity contentions (Patent L.R. 3-3 and 3-4) | July 1, 2013 | July 15, 2013 |
| Exchange of proposed terms for construction (Patent L.R. 4-1) | July 22, 2013 | August 5, 2013 |
| Exchange of preliminary claim constructions and extrinsic evidence (Patent L.R. 4-2) | August 5, 2013 | August 19, 2013 |

**IT IS SO ORDERED**.

May __17__, 2013

_____
Honorable Maxine M. Chesney
United States District Court Judge

80298906\V-1

-5-