| | |
|---|---|
| M. ELIZABETH DAY (SBN 177125) eday@feinday.com <br> IAN N. FEINBERG (SBN 88324) ifeinberg@feinday.com <br> DAVID ALBERTI (SBN 220625) dalberti@feinday.com <br> SAL LIM (SBN 211836) slim@feinday.com <br> YAKOV ZOLOTOREV (SBN 224260) yzolotorev@feinday.com <br> MARC BELLOLI (SBN 244290) mbelloli@feinday.com <br> **FEINBERG DAY ALBERTI & THOMPSON LLP** <br> 401 Florence Street, Suite 200 <br> Palo Alto, CA 94301 <br> Telephone:  650.618.4360 <br> Facsimile:  650.618.4368 <br><br> Attorneys for Plaintiff <br> PRAGMATUS TELECOM, LLC | Arthur Beeman (SBN 237996) arthur.beeman@dentons.com <br> Rachel Repka (SBN 248331) rachel.repka@dentons.com <br> **DENTONS US LLP** <br> 1530 Page Mill Road, Suite 200 <br> Palo Alto, CA 94304-1125 <br> Telephone:  (650) 798-0300 <br> Facsimile:   (650) 798-0310 <br><br> Carlos Perez-Albuerne (*Pro Hac* Vice) cperez@choate.com <br> G. Mark Edgarton (*Pro Hac Vice*) medgarton@choate.com <br> Anita M.C. Spieth (*Pro Hac Vice*) aspieth@choate.com <br> **CHOATE, HALL & STEWARD LLP** <br> Two International Place <br> Boston,  MA 02110 <br> Telephone:  (617) 248-5000 <br> Facsimile:   (617) 248-4000 <br><br> Attorneys for Defendant <br> BUILD.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BUILD.COM, <br><br> Defendant. | CASE NO.  3:12-CV-06196-MMC <br> **ORDER APPROVING** <br> **JOINT STIPULATION TO MODIFY SCHEDULING ORDER** <br><br> **Hon. Maxine M. Chesney** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Pragmatus Telecom, LLC ("Pragmatus") and Defendant Build.com ("Build"), hereby stipulate through their respective counsel of record as follows:

WHEREAS on March 29, 2013, the parties submitted a Joint Case Management Statement (Dkt. No. 32);

-1-

1  WHEREAS, on April 8, 2013 and April 9, 2013, the Court issued an Amended Civil Minutes (Dkt. No. 35) and a Pretrial Preparation Order (Dkt. No. 36), respectively, setting forth the schedule for this case;

WHEREAS, on May 17, 2013 the Court granted the parties' prior joint stipulation to modify deadlines;

WHEREAS, the parties are currently engaged in discussions in an effort to resolve this matter and believe that an extension of certain deadlines set forth in the Court's Pretrial Preparation Order may aid the parties in their efforts to resolve this litigation;

WHEREAS, the parties are also considering a stipulation to transfer this case to the District of Delaware, where other related cases involving the Patents-In-Suit are pending, should the parties not reach resolution of this lawsuit; and

WHEREAS this extension will not affect the Markman hearing date, the discovery cutoff dates, or the trial date;

NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and request the Court to order, that certain deadlines, set forth in the parties Joint Case Management Statement (Dkt. No. 32), the Court's Pretrial Preparation Order (Dkt. No. 36) and the Order Approving Joint Stipulation to Modify Schedule (Dkt. No. 38), are modified as follows:

| Event | Current Deadline | Modified Deadline |
| --- | --- | --- |
| Exchange of Initial Disclosures | May 31, 2013 | June 14, 2013 |
| File ESI Agreement and Proposed Protective Order | May 31, 2013 | June 14, 2013 |
| Pragmatus serves infringement contentions and makes document production accompanying disclosures (Patent L.R. 3-1 and 3-2) | May 31, 2013 | June 14, 2013 |

**IT IS SO STIPULATED.**

Dated: May 30, 2013

| FEINBERG DAY ALBERTI & THOMPSON LLP | DENTONS US LLP |
|---|---|
| By: ___/s/ Marc Belloli___<br>M. Elizabeth Day<br>Ian N. Feinberg<br>David Alberti<br>Sal Lim<br>Yakov Zolotorev<br>Marc Belloli<br><br>Attorneys for Plaintiff<br>PRAGMATUS TELECOM, LLC | By: ___/s/ Rachel Repka___<br>Arthur Beeman<br>Rachel Repka<br>Carlos Perez-Albuerne<br>G. Mark Edgarton<br>Anita M.C. Spieth<br><br>Attorneys for Defendant<br>BUILD.COM |

**CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages.

Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Executed this 30th day of May, 2013 at Palo Alto, California.

DENTONS US LLP

By: ___/s/ Rachel Repka___
       Rachel Repka

*Attorneys for Defendant Build.com*

# ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the certain deadlines set forth in the Court's Pretrial Preparation Order are modified as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Exchange of Initial Disclosures | May 31, 2013 | June 14, 2013 |
| File ESI Agreement and Proposed Protective Order | May 31, 2013 | June 14, 2013 |
| Pragmatus serves infringement contentions and makes document production accompanying disclosures (Patent L.R. 3-1 and 3-2) | May 31, 2013 | June 14, 2013 |

**IT IS SO ORDERED**.

May __31__, 2013

_____
Honorable Maxine M. Chesney
United States District Court Judge

80315478\V-1