| | |
|---|---|
| M. Elizabeth Day (SBN 177125)<br>eday@feinday.com<br>Ian N. Feinberg (SBN 88324)<br>ifeinberg@feinday.com<br>David Alberti (SBN 220625)<br>dalberti@feinday.com<br>Sal Lim (SBN 211836)<br>slim@feinday.com<br>Yakov Zolotorev (SBN 224260)<br>yzolotorev@feinday.com<br>Marc Belloli (SBN 244290)<br>mbelloli@feinday.com<br>**FEINBERG DAY ALBERTI & THOMPSON LLP**<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>Telephone:  650.618.4360<br>Facsimile:  650.618.4368<br><br>Attorneys for Plaintiff<br>PRAGMATUS TELECOM, LLC | Rachel Repka (SBN 248331)<br>rachel.repka@dentons.com<br>**DENTONS US LLP**<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304-1125<br>Telephone:  (650) 798-0300<br>Facsimile:   (650) 798-0310<br><br>Carlos Perez-Albuerne (*Pro Hac* Vice)<br>cperez@choate.com<br>G. Mark Edgarton (*Pro Hac Vice*)<br>medgarton@choate.com<br>Anita M.C. Spieth (*Pro Hac Vice*)<br>aspieth@choate.com<br>**CHOATE, HALL & STEWARD LLP**<br>Two International Place<br>Boston,  MA 02110<br>Telephone:  (617) 248-5000<br>Facsimile:   (617) 248-4000<br><br>Attorneys for Defendant<br>BUILD.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC,<br><br>                       Plaintiff,<br><br>        v.<br><br>BUILD.COM,<br><br>                       Defendant. | CASE NO.  3:12-CV-06196-MMC<br><br>**JOINT STIPULATION TO STAY DEADLINES IN SCHEDULING ORDERS WHILE PARTIES MEMORIALIZE SETTLEMENT AGREEMENT** ; ORDER<br><br>**Hon. Maxine M. Chesney** |

      Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Pragmatus Telecom, LLC ("Pragmatus") and Defendant Build.com ("Build"), hereby stipulate through their respective counsel of record as follows:

      WHEREAS on March 29, 2013, the parties submitted a Joint Case Management Statement (Dkt. No. 32);

      WHEREAS, on April 8, 2013 and April 9, 2013, the Court issued an Amended Civil

-1-

1   Minutes (Dkt. No. 35) and a Pretrial Preparation Order (Dkt. No. 36), respectively, setting forth

2   the schedule for this case;

3         WHEREAS, on May 17, 2013 the Court granted the parties' prior joint stipulation to

4   modify deadlines while the parties negotiated settlement;

5         WHEREAS, on May 30, 2013, the Court granted the parties' prior joint stipulation to

6   modify deadlines while the parties continued to negotiate settlement;

7         **WHEREAS, the parties are currently memorializing a settlement agreement and**

8   **believe a stay of deadlines in this case will facilitate the settlement and aid the parties in**

9   **their efforts to resolve this litigation;**

10        WHEREAS, the next deadlines in this case are Exchange of Preliminary Proposed Terms

11   for Claim Construction due August 5, 2013; Joint Claim Construction Prehearing Statement;

12   Plaintiff's opening claim construction brief due on October 14, 2013; Defendants' responsive

13   claim construction brief due on October 28, 2013, the Tutorial and the Claim Construction

14   Hearing set for November 18, 2013 (Dkt. No. 36);

15        WHEREAS, the parties are also considering a stipulation to transfer this case to the

16   District of Delaware, where other related cases involving the Patents-In-Suit are pending, should

17   the parties not reach resolution of this lawsuit;

18        **WHEREAS, if the settlement agreement is not memorialized in the month of August**

19   **2013, the parties will submit a proposed schedule to the Court no later than August 31, 2013**

20   **to address any deadlines affected by this stay;**

21        NOW THEREFORE the parties through their undersigned counsel hereby stipulate to, and

22   respectfully request the Court to order, that deadlines, set forth in the parties Joint Case

23   Management Statement (Dkt. No. 32) and the Court's Pretrial Preparation Order (Dkt. No. 36) be

24   stayed until the parties memorialize their settlement agreement

25        **IT IS SO STIPULATED.**

26

27   Dated: August 2, 2013

28

1 | FEINBERG DAY ALBERTI & THOMPSON LLP     DENTONS US LLP

2

3 | By:   /s/ Marc Belloli                        By:   /s/ Rachel Repka
     M. Elizabeth Day                                Rachel Repka
4    Ian N. Feinberg                                 Carlos Perez-Albuerne
     David Alberti                                   G. Mark Edgarton
5    Sal Lim                                         Anita M.C. Spieth
     Yakov Zolotorev
6    Marc Belloli                                    Attorneys for Defendant
                                                     BUILD.COM
7
     Attorneys for Plaintiff
8    PRAGMATUS TELECOM, LLC

-3-

**CERTIFICATION PURSUANT TO GENERAL RULE NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages.

Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Executed this 2nd day of August, 2013 at Palo Alto, California.

DENTONS US LLP

By: ___/s/ Rachel Repka___
      Rachel Repka

*Attorneys for Defendant Build.com*

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that deadlines, set forth in the parties Joint Case Management Statement (Dkt. No. 32) and the Court's Pretrial Preparation Order (Dkt. No. 36) be stayed until the parties memorialize their settlement agreement. If the parties do not memorialize their settlement agreement by August 31, 2013, the parties shall jointly submit a proposed schedule to the Court to address any deadlines affected by this stay.

**IT IS SO ORDERED**.

August 5, 2013

_____
Honorable Maxine M. Chesney
United States District Court Judge

80497440\V-1