| | |
|---|---|
| 1 | Carlos Perez-Albuerne (*pro hac vice*) |
| | cperez@choate.com |
| 2 | G. Mark Edgarton (*pro hac vice*) |
| | medgarton@choate.com |
| 3 | Anita M. C. Spieth (*pro hac vice*) |
| 4 | aspieth@choate.com |
| | CHOATE, HALL & STEWART LLP |
| 5 | Two International Place |
| | Boston, MA 02110 |
| 6 | Tel: 617.248.5000 |
| | Fax: 617.248.4000 |
| 7 | |
| 8 | *Attorneys for Defendant* |
| | BUILD.COM, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | CASE NO.  3:12-cv-06196 MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER REGARDING WITHDRAWAL OF RACHEL REPKA AND ARTHUR S. BEEMAN AS COUNSEL OF RECORD |
| v. | |
| BUILD.COM, INC., | |
| Defendant. | |

-2-

1   Having considered the request of Build.com, Inc. ("Build.com") to allow Rachel Repka
2   and Arthur S. Beeman to withdraw their appearance as counsel of record for Build.com in this
3   action.
4       IT IS HEREBY ORDERED that:
5       1.   Build.com's request is GRANTED; and
6       2.   Rachel Repka and Arthur S. Beeman are relieved as counsel of record for Build.com.

10  Dated:  September 17        , 2013      By: *[signature]*
                                                 Honorable Maxine M. Chesney
11                                               United States District Court Judge