| | |
|---|---|
| 1 | Carlos Perez-Albuerne (*pro hac vice*) |
| 2 | cperez@choate.com<br>G. Mark Edgarton (*pro hac vice*) |
| 3 | medgarton@choate.com<br>Anita M. C. Spieth (*pro hac vice*) |
| 4 | aspieth@choate.com<br>CHOATE, HALL & STEWART LLP |
| 5 | Two International Place<br>Boston, MA 02110 |
| 6 | Tel: 617.248.5000<br>Fax: 617.248.4000 |

*Attorneys for Defendant*
BUILD.COM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | CASE NO.  3:12-cv-06196 MMC |
| Plaintiff, | [PROPOSED] ORDER REGARDING WITHDRAWAL OF RACHEL REPKA AND ARTHUR S. BEEMAN AS COUNSEL OF RECORD |
| v. | |
| BUILD.COM, INC., | |
| Defendant. | |

Having considered the request of Build.com, Inc. ("Build.com") to allow Rachel Repka and Arthur S. Beeman to withdraw their appearance as counsel of record for Build.com in this action.

IT IS HEREBY ORDERED that:

1. Build.com's request is GRANTED; and

2. Rachel Repka and Arthur S. Beeman are relieved as counsel of record for Build.com.

Dated: September 17, 2013    By: *Maxine M. Chesney*
Honorable Maxine M. Chesney
United States District Court Judge