| | |
|---|---|
| ELIZABETH DAY (SBN 177125) <br> eday@feinday.com <br> IAN N. FEINBERG (SBN 88234 <br> ifeinberg@feinday.com <br> DAVID ALBERTI (SBM 220625) <br> dalberti@feinday.com <br> SAL LIM (SBM 211836) <br> slim@feinday.com <br> YAKOV ZOLOTOREV (SBM 224260) <br> yzolotorev@feinday.com <br> MARC BELLOLI (SBN 244290) <br> mbelloli@feinday.com <br> **FEINBERG DAY ALBERTI & THOMPSON LLP** <br> 401 Florence Street, Suite 200 <br> Palo Alto, CA 94301 <br> Tel:  650.618.4360 <br> Fax: 650.618.4368 <br><br> Attorneys for Plaintiff <br> PRAGMATUS TELECOM, LLC | Imran A. Khaliq (SBN 232607) <br> imran.khaliq@dentons.com <br> DENTONS US LLP <br> 1530 Page Mill Road, Suite 200 <br> Palo Alto, CA 94304-1125 <br> Tel : 650.798.0300 <br> Fax : 650.798.0310 <br><br> Carlos Perez-Albuerne (*pro hac vice*) <br> cperez@choate.com <br> G. Mark Edgarton (*pro hac vice*) <br> medgarton@choate.com <br> Anita M. C. Spieth (*pro hac vice*) <br> aspieth@choate.com <br> CHOATE, HALL & STEWART LLP <br> Two International Place <br> Boston, MA 02110 <br> Tel: 617.248.5000 <br> Fax: 617.248.4000 <br><br> Attorneys for Defendant <br> BUILD.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BUILD.COM, INC., <br><br> Defendant. | CASE NO.  3:12-cv-06196 MMC <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)** <br><br> AND ORDER THEREON |

-1-

**CASE NO. 3:12-CV-06196-MMC**       JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

F<small>EINBERG</small> D<small>AY</small>
A<small>LBERTI</small> &
T<small>HOMPSON</small> LLP

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Pragmatus Telecom, LLC ("Pragmatus") and Defendant Build.com, Inc. ("Build.com"), that all claims and counterclaims of all parties are hereby voluntarily dismissed in their entirety, with prejudice. Each party bears its own costs and attorneys' fees. The parties respectfully request that the court direct final judgment accordingly.

Dated: October 2, 2013                     FEINBERG DAY ALBERTI & THOMPSON LLP

                                            By:   /s/ Marc Belloli
                                                Elizabeth Day
                                                Ian Feinberg
                                                David Alberti
                                                Sal Lim
                                                Yakov Zolotorev
                                                Marc Belloli

                                                *Attorneys for Plaintiff*
                                                *PRAGMATUS TELECOM, LLC*


                                            DENTONS US LLP

                                            By:   /s/ Imran A. Khaliq
                                                Imran A. Khaliq

                                                *Attorneys for Defendant*
                                                *BUILD.COM, INC.*

IT IS SO ORDERED

Judge Maxine M. Chesney

Dated: October 3, 2013

-2-

CASE NO. 3:12-CV-06196-MMC              JOINT STIPULATION OF DISMISSAL WITH PREJUDICE