| | |
|---|---|
| ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>IAN N. FEINBERG (SBN 88234<br>ifeinberg@feinday.com<br>DAVID ALBERTI (SBM 220625)<br>dalberti@feinday.com<br>SAL LIM (SBM 211836)<br>slim@feinday.com<br>YAKOV ZOLOTOREV (SBM 224260)<br>yzolotorev@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>**FEINBERG DAY ALBERTI &**<br>**THOMPSON LLP**<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>Tel:  650.618.4360<br>Fax: 650.618.4368<br><br>Attorneys for Plaintiff<br>PRAGMATUS TELECOM, LLC | Imran A. Khaliq (SBN 232607)<br>imran.khaliq@dentons.com<br>DENTONS US LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304-1125<br>Tel : 650.798.0300<br>Fax : 650.798.0310<br><br>Carlos Perez-Albuerne (*pro hac vice*)<br>cperez@choate.com<br>G. Mark Edgarton (*pro hac vice*)<br>medgarton@choate.com<br>Anita M. C. Spieth (*pro hac vice*)<br>aspieth@choate.com<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tel: 617.248.5000<br>Fax: 617.248.4000<br><br>Attorneys for Defendant<br>BUILD.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>BUILD.COM, INC.,<br><br>     Defendant. | CASE NO.  3:12-cv-06196 MMC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)**<br><br>AND ORDER THEREON |

-1-

**CASE NO. 3:12-CV-06196-MMC**      JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Feinberg Day
Alberti &
Thompson LLP

1  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Pragmatus Telecom, LLC ("Pragmatus") and Defendant Build.com, Inc. ("Build.com"), that all claims and counterclaims of all parties are hereby voluntarily dismissed in their entirety, with prejudice. Each party bears its own costs and attorneys' fees. The parties respectfully request that the court direct final judgment accordingly.

Dated: October 2, 2013

FEINBERG DAY ALBERTI & THOMPSON LLP

By: ___/s/ Marc Belloli_____

Elizabeth Day
Ian Feinberg
David Alberti
Sal Lim
Yakov Zolotorev
Marc Belloli

*Attorneys for Plaintiff*
PRAGMATUS TELECOM, LLC


DENTONS US LLP

By: ___/s/ Imran A. Khaliq_____

Imran A. Khaliq

*Attorneys for Defendant*
BUILD.COM, INC.

Dated: October 3, 2013

IT IS SO ORDERED
[signature]
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

FEINBERG DAY ALBERTI & THOMPSON LLP

CASE NO. 3:12-CV-06196-MMC          JOINT STIPULATION OF DISMISSAL WITH PREJUDICE