IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRAGMATUS TELECOM, LLC,

        Plaintiff,

  v.

BUILD.COM, INC.,

        Defendant.
_____/

No. CV-12-6196 MMC

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Judgment is entered on the Court's order approving the joint stipulation to dismiss all claims and counterclaims with prejudice.

Dated: October 3, 2013

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk